AO 442 (Rev. 11/11) Arrest Warrant

FID 11690941

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America

v.

LUCAS ALLEN FUSSELL
(DOB: 04/14/1982)

Defendant

)
) Case: 1:24-mj-00214
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 7/2/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

**RECEIVED**
By USMS District of Columbia District Court at 3:16 pm, Jul 02, 2024

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LUCAS ALLEN FUSSELL                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2252(a)(2), (b)(1) (Distribution of Child Pornography)

Date:   07/02/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/02/24, and the person was arrested on *(date)* 07/16/2024
at *(city and state)* OLNEY, VA

Date: 07/16/2024

*Arresting officer's signature*

PAUL FISHER, SA
*Printed name and title*